UNITED STATES of America, Plaintiff–Appellee,

v.

Jacob Alan POWELL, Defendant–Appellant.

No. 13–11349
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 1, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, Denise Bridges Williams, Assistant U.S. Attorney, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Bonita L. Gunden, Assistant Federal Public Defender, Federal Public Defender's Office, Amarillo, TX, David E. Sloan, Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before PRADO, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: [*]

The Federal Public Defender appointed to represent Jacob Alan Powell has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*[1] and *United States v. Flores.*[2] Powell has not filed a response. We have reviewed

---

1. 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

2. 632 F.3d 229 (5th Cir.2011).

counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.[3]

---

**3.** See 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

